Filed 3/15/21  P. v. Grove CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sutter)

----

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>    v.<br><br>JEREMY LEE GROVE,<br><br>        Defendant and Appellant. | C091659<br><br>(Super. Ct. Nos. CRF170791,<br>    CRF170001924A,<br>    CRF190003014) |

Appointed counsel for defendant Jeremy Lee Grove has asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error in defendant's favor, we affirm.

BACKGROUND

Defendant, armed with a knife, was in a bar fight with two other patrons of the bar.  He punched one of the men and swung the knife at the other, whose face was cut.

1

Defendant also knowingly and unlawfully possessed a usable amount of methamphetamine while in a penal institution.

In case No. CRF-17-1924 defendant pleaded no contest to one count of assault with a deadly weapon (Pen. Code, § 245, subd. (a)(1)),[1] one count of assault by force likely to produce great bodily injury (§ 245, subd. (a)(4)), and admitted having served a prior prison term (§ 667.5, subd. (b)). In case No. CRF-17-00791 defendant pleaded no contest to one count of bringing contraband into jail (§ 4573, subd. (a)). The parties agreed to a stipulated term of seven years, which included a one-year term on the prior prison term enhancement.

Defendant failed to appear at sentencing. He was charged with felony failure to appear (§ 1320.5) and alleged he had committed a felony while released on bail. Defendant pleaded no contest to the failure to appear and admitted the on-bail enhancement. The parties agreed to a stipulated sentence of two years eight months.

On its own motion, the trial court struck the prior prison term enhancement. The court sentenced defendant in accordance with the plea to an aggregate term of eight years eight months as follows: the upper term of four years on the assault with a deadly weapon, a consecutive one year on the assault likely to produce great bodily injury, a consecutive one year on the contraband in jail, a consecutive eight months for the failure to appear, and an additional two years for the on-bail enhancement. The trial court awarded defendant 877 days of presentence custody credit and ordered defendant to pay direct victim restitution as well as mandatory fines and fees.

Defendant did not obtain a certificate of probable cause.

---

[1] Undesignated statutory references are to the Penal Code.

## DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Our review of the record pursuant to *Wende* has disclosed no arguable errors in defendant's favor.

## DISPOSITION

The judgment is affirmed.


_____/s/_____
Duarte, J.



We concur:



_____/s/_____
Raye, P. J.



_____/s/_____
Mauro, J.